# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA M. GOLDEN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-02315-RFB-GWF |
| ) | |
| vs. ) | **AMENDED ORDER** |
| ) | |
| A CAB, LLC, *et al.*, ) | Motion to Withdraw - #33 |
| ) | |
| Defendants. ) | |

 This matter is before the Court on Daniel Marks, Esq. of the Law Office of Daniel Marks' Motion to Withdraw as Attorney of Record for Plaintiff Theresa Golden (#33), filed October 9, 2014. To date, Plaintiff has not filed an opposition, and Defendants have filed a Notice of Non-Opposition (#34). Furthermore, the movant substantially establishes good cause for the withdrawal. Accordingly,

 **IT IS HEREBY ORDERED** that Daniel Marks, Esq. of the Law Office of Daniel Marks' Motion to Withdraw as Attorney of Record for Plaintiff Theresa Golden (#33) is **granted**, to include all attorneys of the Law Office of Daniel Marks, including but not limited to Daniel Marks and Adam Levine.

 **IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Theresa Golden to the civil docket:

 Theresa Golden
 480 W. Bonanza Road
 Las Vegas, NV, 89106

. . .

. . .

1       **IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Theresa Golden with a copy of this order at her last known addresses listed above.

      DATED this 17th day of December, 2014.

                                                                *George Foley Jr.*
                                         GEORGE FOLEY, JR.
                                         United States Magistrate Judge